**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1872

CLEVEN LEWIS ROBERSON,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security Administration,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
05-408-JFM)

Submitted:  October 20, 2005          Decided:  October 26, 2005

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cleven Lewis Roberson, Appellant Pro Se.  John Walter Sippel, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cleven Lewis Roberson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Roberson's complaint filed under the Social Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Roberson v. Barnhart, No. CA-05-408-JFM (D. Md. Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED